NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
REBECCA CLINTON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: rebecca.clinton@usdoj.gov
Attorney for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           PLAINTIFF,<br><br>VS.<br><br>JONATHAN RAYMOND LISH,<br><br>           DEFENDANT. | Case No.   2:19-mj-531-GWF<br><br>CRIMINAL COMPLAINT<br><br>**COUNT I**<br>Sexual Exploitation of Children,<br>in violation of 18 U.S.C. § 2251(a) & (e) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being first duly sworn, deposes and states:

### COUNT ONE
*Sexual Exploitation of Children*

Beginning on a date unknown, and continuing to on or about March 21, 2019, in the State and Federal District of Nevada and elsewhere,

**JONATHAN RAYMOND LISH,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, "VICTIM-1", to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have

been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### PROBABLE CAUSE AFFIDAVIT

I, Scott Miller, Complainant, as and for probable cause, state the following:

1. I am currently assigned as a Detective with the Las Vegas Metropolitan Police Department (LVMPD) and assigned to investigate Internet Crimes Against Children (ICAC). I have approximately nine years of experience as a Detective. I have received training in the field of child pornography, internet crimes against children, and interview and interrogation. I am currently a Task Force Officer (TFO) and member of the FBI's Child Exploitation Task Force. I have been a TFO since 2016.

2. This Affidavit is made in support of a complaint charging JONATHAN RAYMOND LISH with a violation of Title 18, United States Code, Section 2251(a) and (e), which makes it illegal to employ, use, persuade, induce, entice, and coerce a minor, "VICTIM-1", to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

3. The statements contained in this affidavit are based on an ongoing LVMPD investigation for which I have been personally involved, and also includes information obtained from other law enforcement officials involved in the investigation. I have not included each and every fact known to me, but rather have included information establishing probable cause. All times are approximate.

4. As an Electronic Communication Service Provider (ECSP), per United States

Code: Title 42: Section 13032, *Microsoft (Skype)*[1] is mandated to report incidents of online child sexual exploitation to the CyberTip Line operated by the National Center for Missing and Exploited Children (NCMEC). Pursuant to a Congressional Mandate, NCMEC functions as a national clearinghouse for information on missing and exploited children. NCMEC gathers and forwards all information to law enforcement agencies for investigation and disposition.

5. On or about May 21, 2018, NCMEC received a report from *Microsoft (Skype)* reference the electronic transmissions of child pornography. *Microsoft (Skype)* reported a user uploaded **one** file of child sexual exploitation to their *Microsoft (Skype)* account. *Microsoft (Skype)* provided the following information regarding the user:

    a.    **Screen/User Name:** live:jimzy666

          **Uploading IP Address:** 70.180.131.191

          **Date of Incident:** May 20, 2018 at 06:59:42 UTC

6. This was documented under NCMEC CyberTip #33013456 and forwarded on July 07, 2018, to LVMPD for follow-up investigation. Your Affiant viewed the one file of uploaded child sexual exploitation and found said image to be child pornographic in nature. The following is a description of said image:[2]

    a.    **File Name:** 371ba8a5-ac02-477e-b730-2707336b7175.jpg

          **SHA1:** C53BE7FFECCFED4F2559E8CDC2A56B05F5E92FD7

---

[1] I know that the Internet Service Provider (ISP) known as Microsoft (Skype) specializes in Internet-related services. Skype Technologies S.A.R.L. is a telecommunications company, whose chief business is the manufacturing and marketing of the video chat and instant messaging computer software program Skype, and various Internet telephone services associated with it. Skype is a communication service owned by Microsoft and allows users to message one another and place calls around the globe.

[2] All copies of images described in this affidavit have been made available to the Court in making its probable cause determination and will be maintained by the Affiant during the pendency of this case pursuant to 18 U.S.C. § 3509(m).

3

        **Image Description:** This image depicts a close-up of a nude pre-pubescent female toddler, approximately 2 to 4 years of age, lying on her back with her legs spread apart. The image is a close-up of the toddler's vagina, which is seen covered with apparent semen. The toddler has a diminutive stature, lacks fatty deposits and lacks pubic hair development.

7. On or about May 21, 2018, NCMEC received a report from *Microsoft (Skype)* reference the electronic transmissions of child pornography. *Microsoft (Skype)* reported a user uploaded **one** file of child sexual exploitation to their *Microsoft (Skype)* account. *Microsoft (Skype)* provided the following information regarding the user:

    a. **Screen/User Name:** live:jimzy666

       **Uploading IP Address:** 70.180.131.191

       **Date of Incident:** May 20, 2018 at 01:29:41 UTC.

8. This was documented under NCMEC CyberTip #33014604 and forwarded on July 07, 2018, to LVMPD for follow-up investigation. Your Affiant viewed the one file of uploaded child sexual exploitation and found said image to be child pornographic in nature. The following is a description of said image:

    a. **File Name:** c952ebc5-b5e1-4a92-b1ab-817f6cec6b09.jpg

       **SHA1:** 296848D2F67EE9A9AE1346193F845A08D70D3A87

       **Image Description:** This image depicts two nude pre-pubescent children, approximately 6 to 9 years of age. The female child is positioned on her knees as she is seen performing fellatio on the male child's erect penis. Both children have diminutive statures,

lack fatty deposits, breast development and pubic hair development.

9. On January 2, 2019, Investigative Specialist Lisa Rowe served an administrative subpoena on Microsoft Corporation for subscriber information for Skype user live:jimzy666. On January 18, 2019, Microsoft Corporation responded with Skype user live:jimzy666 resolving to: Jim Henson, email: jimzy666@outlook.com, IP address: 70.180.131.191, with an account creation time of May 13, 2018.

10. On January 02, 2019, Specialist Rowe served an administrative subpoena on Cox Communications for subscriber information and complete IP History for the IP address 70.180.131.191 accessed on or about May 20, 2018, at 06:59 hours GMT. On February 04, 2019, Cox Communications responded with IP address 70.180.131.191 resolving to: the mother of VICTIM-1, and what was later determined to be VICTIM-1's residence in Las Vegas, Nevada ("VICTIM-1's residence"). IP address 70.180.131.191 showed as being active from 2018-02-09 through 2019-02-05.

11. On March 20, 2019, Specialist Rowe served an administrative subpoena on NV Energy for the address of VICTIM-1's residence. NV Energy responded with the address of VICTIM-1's residence, resolving to the mother of VICTIM-1.

12. On February 20, 2019, your Affiant had a search warrant signed by District Court Judge David M. Jones, and served said search warrant on Microsoft Corporation for all subscriber information and account content regarding email: jimzy666@outlook.com, from dates May 20, 2018 through February 15, 2019.

13. On February 20, 2019, Your Affiant had a search warrant signed by District Court Judge David M. Jones, and served said search warrant on Microsoft Corporation for all subscriber information and account content regarding Skype User Account: live:jimzy666, from

dates May 20, 2018 through February 15, 2019.

14. In March 2019, your Affiant received both search warrant returns from Microsoft Corporation. Affiant reviewed both search warrant returns and determined that both accounts resolve to the same person at the IP address of 70.180.131.191.

15. On March 20, 2019, your Affiant was reviewing the search warrant return from Microsoft Corporation regarding Skype user account: live:jimzy666. Your Affiant found a chat log that began on May 20, 2018, between user live:jimzy666 and user gluesmetal123 (who was determined to reside in the United Kingdom). Upon reviewing the content of this chat log between these two users, your Affiant noticed that both users seemed to exchange images/videos of child exploitation and discussed raping children together and killing them when they were done. User live:jimzy666 discussed numerous incidents of sexually assaulting young children. During this chat, live:jimzy666 claimed to have a three-year-old daughter and both users discussed sexually assaulting her. User live:jimzy666 appeared to be connecting to user gluesmetal123 over live video and exposing his daughter's vagina and anus. Your Affiant also noticed numerous chats where both users discussed "snuffing" children and having sex with their dead corpses. Your Affiant is including a sample of some of the chats between said users below. This sample contains excerpts from a long chat log between the users and does not include the entire chat log:

    a.    Gluesmetal123:    You ever use her?

        live:jimzy666:    No. Others though

        Gluesmetal123:    Anyone ever been in her?

        live:jimzy666:    No. Price has to be right

        gluesmetal123:    She ever suck you?

        live:jimzy666:    I've thought about it hard

| | | |
|---|---|---|
| 1 | gluesmetal123: | You should do it bro |
| 2 | live:jimzy666: | I want to |
| 3 | gluesmetal23: | What's stopping you? |
| 4 | live:jimzy666: | Going to prison ha |
| 5 | live:jimzy666: | For some reason I haven't touched my own but ive |
| 6 | | done plenty with others kids |
| 7 | gluesmetal123: | Whats the youngest you done? |
| 8 | live:jimzy666: | 2 |
| 9 | live:jimzy666: | She put it in her mouth and let me blow |
| 10 | live:jimzy666: | Now I'm addicted |
| 11 | live:jimzy666: | I've had my finger in a toddler while she held my dick |
| 12 | live:jimzy666: | In her asd |
| 13 | live:jimzy666: | I have a tiny cock so it's easy for them to take |
| 14 | live:jimzy666: | My cousin was asleep at 4yr and I pulled her little |
| 15 | | princess panties down and slit in At first she opened her |
| 16 | | eyes and asked me to get off but when I was about to |
| 17 | | she grabbed my shirt and pulled me back down and told |
| 18 | | me that feels good I almost came instantly but she must |
| 19 | | have felt me get harder inside her because she stayed |
| 20 | | grinning her little hole against me |
| 21 | gluesmetal123: | Did you unload in her? |
| 22 | live:jimzy666: | Yep. Then I continued to sit for her and got it almost 20 |
| 23 | | more times |
| 24 | gluesmetal123: | She never told on ya? |

| | | |
|---|---|---|
| 1 | live:jimzy666: | Nope. She is sick as we are |
| 2 | gluesmetal123: | You got a wife? |
| 3 | live:jimzy666: | Yeah |
| 4 | gluesmetal123: | She a heavy sleeper? |
| 5 | live:jimzy666: | No but I'll give her cough meds |
| 6 | gluesmetal123: | You ever force one? |
| 7 | live:jimzy666: | Yes. Both women and kid |
| 8 | live:jimzy666: | When they screamed I came harder than ever before |
| 9 | live:jimzy666: | You like the last pic? |
| 10 | live:jimzy666: | None would suspect me anyway |
| 11-13 | live:jimzy666: | Last night I went swimming with my girls 11 year old niece. I must have grabbed her pussy 20 times on accident lol |
| 14-15 | live:jimzy666: | Then I let her feel my dick over the swim shorts. She reached for the ball but I knew she wanted to touch it |
| 16-17 | live:jimzy666: | Lol. You want to watch her pudgy little lips get rubbed by her daddys tiny dick? |
| 18-19 | live:jimzy666: | I know I wouldn't cause I'd keep fucking your mouth while I watch you slide into my toddler |
| 20-24 | live:jimzy666: | If I were there we would hunt a playground and take two for ourselves. Take it til they screamed and begged then I'd take it more. We'd swith off and force both girls faces onto our dicks till they throw up on it then I'd keep fucking her little tonsils while you tore her pussy in half |

| | | |
|---|---|---|
| 1 | | while her friend cried and begged us to stop |
| 2 | live:jimzy666: | Then keep pumpin cum into her lifeless fuckhole. |
| 3 | Gluesmetal123: | You able to set your cam up so you don't need to hold |
| 4 | | it? |
| 5 | live:jimzy666: | Yeah I'll do that |
| 6 | live:jimzy666: | Tell me your darkest |
| 7 | gluesmetal123: | Darkest would be to get a girl I don't know and use her |
| 8 | | for weeks. Keep her like an animal... then snuff her out |
| 9 | | when I'm done |
| 10 | live:jimzy666: | Nice. I'd use her corpse for weeks |
| 11 | live:jimzy666: | Heat her up and unload again |
| 12 | live:jimzy666: | I's already be cumming in you while your cock |
| 13 | | twitched inside my 3 yr old |
| 14 | live:jimzy666: | I knew a girl once. She loved to get high on meth and suck |
| 15 | | her little boys dick while I fucked her |
| 16 | live:jimzy666: | Then she let me fuck her infants mouth |
| 17 | live:jimzy666: | Yes I dig. Her little boy I think was Gary cause he |
| 18 | | loooved me humping his mouth |
| 19 | live:jimzy666: | Bathe her. I'll spread her for you. Maybe I can get |
| 20 | | away with letting her taste |
| 21 | live:jimzy666: | Gets me harder just thinking about my finger sliding |
| 22 | | into a tiny baby cunt... then shoving my dick hard |
| 23 | | down her throat |
| 24 | live:jimzy666: | I want to rape a whole preschool class with you. Then |

|   |   |   |
|---|---|---|
| 1 |  | end them while we film their corpses with our hot |
| 2 |  | fucking cum |
| 3 | live:jimzy666: | I'm capable of murder but only others not mine |
| 4 | gluesmetal123: | You got any pics of her little puss? |
| 5 | live:jimzy666: | Lemme see. Think I have 1 |
| 6 | live:jimzy666: | God I wanna drug my gf so I can fuck my toddler |
| 7 | gluesmetal123: | Just take a few pics of your toddlers pussy |
| 8 | live:jimzy666: | (sends an image) |
| 9 | gluesmetal123: | Look at that tight asshole... spread it for me and take a |
| 10 |  | pic |
| 11 | live:jimzy666: | So you ever snuff? |
| 12 | Gluesmetal123: | Never. You? |
| 13 | live:jimzy666: | I wish... I've almost... I bet the release is huge |
| 14 | live:jimzy666: | I have a bit of bad news. I'll rape any toddlers wet juicy |
| 15 |  | holes until I shatter her bones from hate fucking my |
| 16 |  | cum into her frail body... but I can't do it to mine |
| 17 | live:jimzy666: | I'll spread her open for you and even glide my fingers |
| 18 |  | into it but I can't fuck my kid... I'll fuck any kid you |
| 19 |  | sit on my cock but I can't fuck my kid |

16. Your Affiant also recovered images and videos of child pornography from the Skype return. Your Affiant also recovered two images of VICTIM-1, one of which constitutes child pornography. User live:jimzy666 sent these images to gluesmetal123 in the Skype chat. Your Affiant also recovered images of the subject's penis and appears to match the description as he described it to be in the chats. Your Affiant believes that subject live:jimzy666

10

shared these images and videos with user gluesmetal123. Based on the chats, your Affiant was concerned that the father of a young female toddler is sexually abusing her as well as other unidentified juveniles. Your Affiant has identified the father as Jonathan Lish, middle name of Raymond, date of birth 05/02/1984, address of VICTIM-1's residence. Below is a description of one of the images of VICTIM-1:

    a. **File Name:** 20180520_002730.jpg

       **MD5:** 667589391AFAC139D7B996433466575A

       **Image Description:** This image depicts a close-up of VICTIM-1 lying on her side on a bed. The child has her pants pulled down to expose her vagina and buttocks. The focus of this image is a close-up of the child's vagina and buttocks. This child has a diminutive stature, lacks fatty deposits, breast development and pubic hair development. This child has been confirmed to be Jonathan Lish's daughter who is three years of age.

17. On March 21, 2019, at approximately 0900 hours, the Internet Crimes against Children Task Force (ICACTF), under the direction of Sergeant Antonio Campanella, served a search and seizure warrant that was issued by the District Court Judge Tierra D. Jones, for the property located at VICTIM-1's residence. LVMPD officers were attired in clear law enforcement identifiers. Detective Miller made contact with the occupants after knocking on the door and Jonathan Lish, the mother of VICTIM-1, VICTIM-1 and VICTIM-1's uncle all exited said residence without incident. LVMPD officers then made entry and conducted a safety sweep of the residence while continuing to call for potential occupants to exit the residence. No other occupants were located inside the residence.

18. Lish was interviewed accordingly and this interview was recorded. Detective Miller read Lish *Miranda* rights and Lish said that he understood his rights. Lish then

admitted that he did have an email address that belonged to him of jimzy666@outlook.com and that he had a Skype account under user name: live:jimzy666. Lish stated that he and his live-in girlfriend of five years reside at the address of VICTIM-1's residence. Lish identified his girlfriend as the mother of VICTIM-1 and stated they have a three-year-old daughter together. Lish stated that their internet service provider is Cox Communications and that they have password protected Wi-Fi in their residence. Lish then admitted to chatting with a guy in the United Kingdom in 2018 using Skype. Lish stated that he used a Samsung phone to communicate with the individual. Lish stated that he was abusing methamphetamine at the time and remembered that they talked about some disturbing things, but that it was all fantasy only. Lish also said that the person in the UK kept wanting to see Lish's kid. Lish denied ever viewing or distributing child pornography. When asked if he had ever taken nude images or video of his daughter nude, he said that he had not. After Detective Miller showed him sanitized copies of nude images of his daughter that he had produced and distributed to the person in the United Kingdom, he said he could not remember doing that and that it must have been the drugs. Lish denied ever touching his daughter or any other children in a sexual manner.

19. On March 21, 2019, VICTIM-1 was forensically interviewed at the Southern Nevada Children's Assessment Center (SNCAC), but did not disclose any sexual abuse. VICTIM-1 also had a SCAN exam completed at the SNCAC, with normal findings.

20. On March 21, 2019, Crime Scene Investigators (CSI) responded and documented Lish's person, both clothed and nude, to include close-ups of his penis to compare to images of his penis he sent to said male in the United Kingdom. CSI also obtained DNA and fingernail scrapings from Lish, all of which was included in the scope of this search warrant. On March 21, 2019, several items of bedding, including pink bedding that matched the bedding in the

pornographic images of VICTIM-1, and children's clothing were seized to be processed for DNA in a lab environment.

21. On March 21, 2019, Detective Miller spoke with the mother of VICTIM-1. She was extremely upset by the news of what her boyfriend was involved in and services were put in place for her by CPS. Detective Miller showed the mother of VICTIM-1 the sanitized image of VICTIM-1 described in paragraph 16, subparagraph a. and another image of VICTIM-1 from the Skype return. The mother of VICTIM-1 identified VICTIM-1. The mother of VICTIM-1 acted appropriately and it is not believed she is involved in any wrongdoing.

22. On March 21, 2019, Forensic Previews were completed on scene by LVMPD Forensic Examiner Matt Trafford, P#14286, and evidence of child exploitation was found on electronic devices that were previewed. A forensic exam also revealed further evidence of child exploitation on a micro SD card that was found inside of a Samsung phone.

## CONCLUSION

23. Based on my training, experience and the totality of the facts related, I submit that there is probable cause to believe that JONATHAN RAYMOND LISH, defendant herein, has violated Title 18, United States Code, Section 2251(a) and (e), *Sexual Exploitation of Children*.

_____
Scott Miller
Detective, Las Vegas Metropolitan Police Department
Task Force Officer, Federal Bureau of Investigation

Subscribed and sworn to before me this 18th day of July, 2019.

_____
United States Magistrate Judge